UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KARL CRONIN, *also known as* KARL O'CONNOR,

        *Petitioner*,

– against –

JEFF CHABROWE,

        *Respondent*.

**MEMORANDUM & ORDER**
25-mc-02379 (NCM) (JAM)

**NATASHA C. MERLE**, United States District Judge:

    This Court has received the Report and Recommendation ("R&R") dated July 14, 2025, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. ECF No. 7. No objections have been filed.

    The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

    Having reviewed the record, I find no clear error. I therefore adopt the R&R, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, petitioner's request seeking to recoup legal fees paid to respondent in connection with respondent's representation of petitioner in the criminal case captioned *United States v. Cronin*, No. 24-cr-00303 (E.D.N.Y. 2024), is DENIED. The Clerk of Court is respectfully directed to mark this case as closed.

**SO ORDERED.**

                                                                          */s/ Natasha C. Merle*
                                                                          NATASHA C. MERLE
                                                                          United States District Judge

Dated:       August 1, 2025
               Brooklyn, New York